**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 26-10148

Non-Argument Calendar

_____

DANIEL KESNECK,

*Petitioner-Appellant,*

*versus*

DEPARTMENT OF CORRECTIONS,

*Respondent-Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-21944-DSL

_____

Before JORDAN, ROSENBAUM, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Daniel Kesneck, a pro se Florida state prisoner, appeals the

2                    Opinion of the Court                    26-10148

district court's June 27, 2025 order denying his 28 U.S.C. § 2254 petition for writ of habeas corpus.   Because the district court did not enter a separate judgment, Kesneck was required to file his notice of appeal on or before December 29, 2025.  *See* Fed. R. Civ. P. 58(a) (requiring a judgment to be set out in a separate document), 58(c) (explaining that when an order requires a separate judgment, but a separate judgment is not entered, judgment is deemed entered 150 days from the entry of the order); Fed. R. App. P. 4(a)(7)(A)(ii) (same); 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A); Fed. R. App. P. 26(a)(1), (3), (6).

Kesneck's notice of appeal, deemed filed under the prison mailbox rule on January 12, 2026, is thus untimely to challenge the June 27, 2025 order and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); Fed. R. App. P. 4(c).